UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:26-cv-00195

**Eulices Gonzalez,**
*Plaintiff,*
v.
**Smith County Sheriff Department et al.,**
*Defendants.*

## ORDER

Plaintiff, an inmate of the Smith County Jail proceeding *pro se*, filed this civil-rights action pursuant to 42 U.S.C. § 1983. The case was referred to the magistrate judge, who issued a report recommending that plaintiff's claims against the Smith County Sheriff's Department be dismissed for failure to state a claim upon which relief can be granted. Doc. 13. Plaintiff did not file timely objections to the report.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's claims against the Smith County Sheriff's Department are dismissed from this suit for failure to state a claim upon which relief can be granted. 28 U.S.C. § 1915A(b).

*So ordered by the court on September 21, 2026.*

J. CAMPBELL BARKER
United States District Judge